Respectfully Submitted,

CURTIS and CRISTI PINSON,

*Plaintiffs*.

NIBLOCK LAW FIRM, PLC
George H. Niblock, Ltd.
gniblock@niblocklawfirm.com
Raymond L. Niblock, PA
rniblock@niblocklawfirm.com
Roxanne D. Blake, PA
rblake@niblocklawfirm.com
324 N. College Ave.
PO Drawer 818
Fayetteville, AR 72702-0818
(479) 521-5510 (voice)
(479) 444-7608 (facsimile)
www.niblocklawfirm.com
www.facebook.com/niblocklawfirm

By: _____
Raymond L. Niblock, PA (ABA 94106)
For The Firm

*PLAINTIFFS' ATTORNEYS*

*Plaintiffs' First Amended and Substituted Complaint*

THE NIBLOCK LAW FIRM, PLC
324 N. COLLEGE AVE.
FAYETTEVILLE, ARKANSAS 72701
479-521-5510 (voice)
479-444-7608 (facsimile)
www.niblocklawfirm.com

Page 39