US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 1 3 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CURTIS PINSON and CRISTI PINSON,
Individually and as Husband and Wife                     PLAINTIFFS

VS.                              NO. 12-CV-2160-PKH

45 DEVELOPMENT, LLC,
JEFF PALMER, Individually,
JOHN ALFORD, Individually,
CITI TRENDS, INC.,
CITI TRENDS, INC. d/b/a CITITRENDS,
CITITRENDS DEVELOPMENT COMPANY, LLC,
CITITRENDS GROWTH COMPANY, LLC, and
JOHN DOES No. 1 thru 5                                   DEFENDANTS

CITI TRENDS, INC.                        THIRD-PARTY PLAINTIFF

VS.

BRANDRITE SIGN COMPANY, INC.             THIRD-PARTY DEFENDANT

## THIRD PARTY COMPLAINT

For its Third-Party Complaint, defendant Citi Trends, Inc. states:

1.     The plaintiffs contend that Curtis Pinson was injured on or about February 21, 2011, while performing work for Anchor Sign Company at a building in Fort Smith, Arkansas that was to be eventually leased by Citi Trends, Inc.

2.     In their Complaint, the plaintiffs contend that Citi Trends, Inc. is liable for the injuries suffered by Curtis Pinson and the damages of the plaintiffs.

3.     On December 15, 2010, Citi Trends, Inc. entered into a Independent Contractor Agreement with Brandrite Sign Company, Inc.  Brandrite Sign Company, Inc. is a South

Carolina corporation with its principal place of business in Orangeburg, South Carolina. The contract was in force as of the date of Curtis Pinson's accident.

4.       Citi Trends, Inc. hired Brandrite Sign Company, Inc. to install certain signage at the property where Curtis Pinson was injured.   According to the plaintiffs' First Amended and Substituted Complaint, Brandrite contracted with Anchor for the actual installation of the electric signage at the building in question.  The plaintiff, Curtis Pinson, was an employee of Anchor.

5.       The attached Independent Contractor Agreement requires Brandrite Sign Company, Inc. to maintain liability insurance and to require the liability insurance to name Citi Trends, Inc. as an additional insured.

6.       The Independent Contractor Agreement attached provides in part:

> Contractor [Brandrite Sign Company, Inc.] shall indemnify, defend and hold harmless Citi Trends, its officers, directors, agents, employees, successors and assigns from and against any and all actions, causes of action, claims, liabilities, losses, damages, costs and expenses, including reasonable attorney's fees, for loss or destruction of or damage to any tangible property or for bodily injury, sickness, disease, or death sustained by any person (including employees of Citi Trends, Contractor or any subcontractor), if such damage, destruction, injury, sickness, disease or death arose out of or was in any connected with the services provided to Citi Trends or with the performance of or failure to perform the services to Citi Trends by Contractor or any subcontractor.  The duty to defend includes the duty to pay reasonable attorney's fees incurred by Citi Trends in defense of such claims and the duty to indemnify includes the duty to pay any award imposed by an administrative agency or judgment or settlement reached in a court action.

7.       Demand has been made on Brandrite to assume Citi Trends' defense and to comply with terms of the agreement by holding Citi Trends harmless.  Brandrite has failed to comply with the terms of the Independent Contractor Agreement.

8.      Under the terms of the attached Agreement, Brandrite Sign Company, Inc. owes indemnity to Citi Trends, Inc., is responsible for attorney's fees incurred by Citi Trends, Inc. in defending itself, is responsible to hold Citi Trends, Inc. harmless and is responsible for any judgment or settlement on behalf or against Citi Trends, Inc.

9.      Citi Trends, Inc. was not in any way responsible for the control or direction of the installation of the signage or the selection of a subcontractor.  It is entitled to express or implied indemnity from Brandrite, Inc.

10.     Brandrite Sign Company, Inc. failed to exercise ordinary care in the selection of a contractor whether Anchor was an independent contractor or not.

11.     It incorporates by reference its responses to the plaintiffs' First Amended and Substituted Complaint.

WHEREFORE, Citi Trends, Inc. prays for indemnity, damages, attorney's fees, and all other reasonable relief from Brandrite Sign Company, Inc., and for all damages arising out of the breach of the Independent Contractor Agreement by Brandrite Sign Company, Inc.

Respectfully submitted,

Donald H. Bacon, AR Bar No. 78007
FRIDAY ELDREDGE & CLARK
400 West Capitol, Suite 2000
Little Rock, AR  72201-3522
(501) 370-1539 – Telephone
(501) 244-5352 – Facsimile
bacon@fridayfirm.com – Email

By:  _____
        Donald H Bacon

3

## CERTIFICATE OF SERVICE

I, Donald H. Bacon, hereby certify that a copy of the foregoing pleading has been served upon the following counsel of record on this _10th_ day of August, 2012:

George H. Niblock/Raymond L. Niblock
Roxanne D. Black
Niblock Law Firm, PLC
P.O. Drawer 818
Fayetteville, AR  72702-0818

_____
        Donald H. Bacon

4