IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CURTIS PINSON and CRISTI PINSON                                          PLAINTIFF

      VS.                         CIV-12-2160

45 DEVELOPMENT, LLC,
JEFF PALMER, Individually,
JOHN ALFORD, Individually,
CITI TRENDS, INC., CITI TRENDS, INC.
d/b/a  CITITRENDS, CITITRENDS
DEVELOPMENT COMPANY, LLC,
CITITRENDS GROWTH COMPANY, LLC,
and  JOHN DOES NO. 1 thru 5                                              DEFENDANTS

CITI TRENDS, INC.
                                                                           THIRD-PARTY PLAINTIFF
VS.

BRANDRITE SIGN COMPANY, INC.                     THIRD-PARTY DEFENDANT

CLERK'S ORDER OF VOLUNTARY DISMISSAL

   Pursuant to Fed.RCiv.P.41(a)(1)(A)(I), and Notice by Plaintiff, that the claims are hereby dismissed without prejudice against separate defendants, CITITRENDS DEVELOPMENT COMPANY, LLC, and CITITRENDS GROWTH COMPANY, LLC.


Dated: 9/24/2012

                                    AT THE DIRECTION OF THE COURT
                                    CHRISTOPHER R. JOHNSON, CLERK

                                    BY:   /s/ Sallie Hicks,  Deputy Clerk