IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CURTIS PINSON and CRISTI PINSON                                      PLAINTIFF

VS.                                 CIV-12-2160

45 DEVELOPMENT, LLC,
JEFF PALMER, Individually,
JOHN ALFORD, Individually,
CITI TRENDS, INC., CITI TRENDS, INC.
d/b/a  CITITRENDS, CITITRENDS
DEVELOPMENT COMPANY, LLC,
CITITRENDS GROWTH COMPANY, LLC,
and  JOHN DOES NO. 1 thru 5                                          DEFENDANTS

CITI TRENDS, INC.
                                                              THIRD-PARTY PLAINTIFF
VS.

BRANDRITE SIGN COMPANY, INC.                    THIRD-PARTY DEFENDANT

CLERK'S ORDER OF VOLUNTARY DISMISSAL

Pursuant to Fed.RCiv.P.41(a)(1)(A)(I), and Notice by Plaintiff, that the claims are hereby dismissed without prejudice against separate defendants, JOHN DOES NO. 1 THRU 5.

Dated: 9/27/2012

                              AT THE DIRECTION OF THE COURT
                              CHRISTOPHER R. JOHNSON, CLERK

                              BY:  /s/ Sallie Hicks,  Deputy Clerk