IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CURTIS PINSON and CRISTI PINSON,
Individually and as Husband and Wife                                                        PLAINTIFFS

v.                              Case No. 2:12-CV-02160

45 DEVELOPMENT, LLC; JEFF PALMER;
JOHN ALFORD; CITI TRENDS, INC., d/b/a
CITITRENDS                                                                                           DEFENDANTS

BRANDRITE SIGN COMPANY, INC.                              THIRD-PARTY DEFENDANT

## ORDER

Currently before the Court is Plaintiffs' Motion to Dismiss (Doc. 58) Separate Defendants John Alford and Jeff Palmer. Plaintiffs request an order dismissing Defendants Alford and Palmer, without prejudice, from this action pursuant to Fed. R. Civ. P. 41(a)(2).

Defendants Alford and Palmer have not pled a counterclaim in this lawsuit and defense counsel has represented to the Court that they have no objection to their dismissal. Therefore, the Court finds that Plaintiffs' Motion to Dismiss (Doc. 58) should be and hereby is GRANTED, and all claims against Defendants Jeff Palmer and John Alford are DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to terminate Jeff Palmer and John Alford as parties to this action.

IT IS SO ORDERED this 5th day of February, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U. S. DISTRICT JUDGE