IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CURTIS PINSON and CRISTI PINSON,
Individually and as Husband and Wife                                                    PLAINTIFFS

v.                                              Case No. 2:12-CV-02160

45 DEVELOPMENT, LLC; CITI TRENDS, INC.;
CITI TRENDS, INC., d/b/a CITITRENDS; and
BRANDRITE SIGN COMPANY, INC.                                              DEFENDANTS

## ORDER

Currently before the Court are four separate motions in limine filed by Plaintiffs. (Docs. 71, 73, 80, 86). This case is not set for trial until October 7, 2013. The discovery deadline is not until July 25, 2013. Plaintiffs only recently filed a Fourth Amended Complaint (Doc. 82), on May 22, 2013.

Neither the parties nor the Court can be expected to know with any level of certainty what evidence, testimony, or argument will be offered at trial. It would be premature for the Court to make rulings as to relevance and admissibility at this point in the litigation. Furthermore, it would be a waste of time for the parties to argue, and the Court to consider, points that may be mooted as the litigation progresses. IT IS THEREFORE ORDERED that Plaintiffs' Motions in Limine (Docs. 71, 73, 80, 86) are DENIED at this time. IT IS FURTHER ORDERED that Plaintiffs' Motion to Amend their second Motion in Limine (Doc. 77) is DENIED AS MOOT.

IT IS FURTHER ORDERED that the parties are prohibited from filing motions in limine in this case before September 13, 2013. In addition, the parties must confer before filing any motion in limine, and must include—for each point argued—a statement indicating whether any opposing party objects.

IT IS SO ORDERED this 28th day of May, 2013.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U. S. DISTRICT JUDGE