IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CURTIS PINSON and CRISTI PINSON,
Individually and as Husband and Wife                                              PLAINTIFFS

v.                              Case No. 2:12-CV-02160

45 DEVELOPMENT, LLC; CITI TRENDS, INC.;
CITI TRENDS, INC. d/b/a CITITRENDS; and
BRANDRITE SIGN COMPANY, INC.                                                      DEFENDANTS

**O R D E R**

Currently before the Court is the parties' consent motion (Doc. 115) for extension of time to complete discovery and otherwise amend certain deadlines contained in the Final Scheduling Order (Doc. 54).

By agreement of the parties, IT IS ORDERED that the consent motion (Doc. 115) is GRANTED.

Accordingly, IT IS FURTHER ORDERED that the discovery deadline is extended to August 14, 2013. The parties are reminded that, pursuant to the Final Scheduling Order, they may conduct discovery beyond the deadline if all parties are in agreement to do so; however, the Court will not resolve any disputes in the course of any such extended discovery. (Doc. 54, ¶ 2).

IT IS FURTHER ORDERED that the deadline for motions (except motions *in limine*) is extended to August 22, 2013, with responses due on or before September 5, 2013 and subsequent replies, if any, due on or before September 12, 2013 or the date the response or reply would otherwise be due pursuant to the Federal or Local Rules, whichever is earlier.

IT IS FURTHER ORDERED that the deadline for requesting a settlement conference is

extended to August 22, 2013. The parties are, however, strongly encouraged to request a settlement conference, if desired, as soon as possible, so as not to burden the schedule of the Magistrate by attempting to arrange a conference at the last minute.

All other provisions and deadlines of the Final Scheduling Order remain in effect.

IT IS SO ORDERED this 9th day of July, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE