IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CURTIS PINSON and CRISTI PINSON,
Individually and as Husband and Wife                                    PLAINTIFFS

v.                              Case No. 2:12-CV-02160

45 DEVELOPMENT, LLC; CITI TRENDS, INC.;
CITI TRENDS, INC. d/b/a CITITRENDS; and
BRANDRITE SIGN COMPANY, INC.                                          DEFENDANTS

**O R D E R**

Currently before the Court is an affidavit filed by counsel for Defendant Brandrite Sign Company, Inc. ("Brandrite"). (Doc. 118). The affidavit was filed pursuant to this Court's previous order (Doc. 114), in which the Court granted Brandrite's Motion to Compel separate defendant Citi Trends, Inc. ("Citi Trends") to respond to Brandrite's discovery requests. The Court directed Brandrite to file an affidavit documenting its fees and expenses incurred in bring the motion to compel. Brandrite's affidavit documents $117.00 in fees and no additional expenses. The Court finds the requested fees to be reasonable, and Citi Trends has filed no objections within the seven days given for them to file a response.

IT IS THEREFORE ORDERED that Citi Trends pay to Brandrite $117.00 in attorneys' fees incurred in making Brandrite's motion to compel.

IT IS SO ORDERED this 22nd day of July, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE