IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CURTIS PINSON and CRISTI PINSON,
Individually and as Husband and Wife                                                      PLAINTIFFS

v.                                            Case No. 2:12-CV-02160

45 DEVELOPMENT, LLC; CITI TRENDS, INC.;
CITI TRENDS, INC. d/b/a CITITRENDS; and
BRANDRITE SIGN COMPANY, INC.                                                              DEFENDANTS

**O R D E R**

Currently before the Court is an affidavit (Doc. 164) filed by counsel for Plaintiffs. The affidavit was filed pursuant to this Court's previous order (Doc. 147), in which the Court denied as moot Plaintiffs' first motion to compel, based on the fact that Defendant Citi Trends, Inc. ("Citi Trends") responded to Plaintiffs' discovery requests subsequent to the filing of the motion. The Court directed Plaintiffs to file an affidavit documenting their fees and expenses incurred in bring their first motion to compel. The affidavit filed by Plaintiffs' counsel documents $229.45 in total expenses and fees. The Court finds the requested fees to be reasonable, and Citi Trends has filed no objections within the seven days given for them to file a response.

IT IS THEREFORE ORDERED that Citi Trends pay to Plaintiffs $229.45 in attorneys' fees and expenses incurred in bringing Plaintiffs' first motion to compel.

IT IS SO ORDERED this 28th day of August, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE