IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CURTIS and CRISTI PINSON, Individually and as
Husband and Wife                                                                                           PLAINTIFFS

v.                                        Case No. 2:12-CV-02160

45 DEVELOPMENT, LLC; CITI TRENDS, INC.;
CITI TRENDS, INC. d/b/a CITITRENDS; and
BRANDRITE SIGN COMPANY, INC.                                                                DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Defendant Citi Trends, Inc.'s motion for summary judgment (Doc. 196) is GRANTED; Plaintiffs Curtis and Cristi Pinson's cross-motion for partial summary judgment against Citi Trends (Doc. 214) is DENIED; and Plaintiffs' claims against Defendants Citi Trends, Inc. and Citi Trends, Inc. d/b/a CitiTrends are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Defendant Brandrite Sign Company, Inc.'s motion for summary judgment on Citi Trends' third-party complaint (Doc. 211) is DENIED AS MOOT

IT IS FURTHER ORDERED that Defendant Brandrite's motion for summary judgment on Plaintiffs' amended complaint and on Defendant 45 Development, LLC's cross-claim (Doc. 225) is GRANTED.  Plaintiffs' claims against Brandrite are DISMISSED WITH PREJUDICE.  As 45 Development's cross-claim against Brandrite is MOOT, it is therefore DISMISSED WITH PREJUDICE. Brandrite's cross-claims against 45 Development and Citi Trends are also MOOT and DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Defendant 45 Development's motion for summary judgment (Doc. 220) is GRANTED, and Plaintiffs' claims against 45 Development are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiffs' amended motion for partial summary judgment (Doc. 238) is DENIED, and Plaintiffs' amended complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 23rd day of September, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE