IN THE UNTIED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CURTIS PINSON                                                                    PLAINTIFF,

vs.                    CASE NO.: 12-cv-2160-PKH

45 DEVELOPMENT, LLC,
CITI TRENDS, INC.,
CITI TRENDS, INC. d/b/a CITITRENDS,                                 DEFENDANTS.

## NOTICE OF APPEAL

    Notice is hereby given that the Plaintiff, by and through counsel, hereby appeals to the United States District Court of Appeals for the Eighth Circuit, from an order granting summary judgment against Plaintiff entered in this action on the 9 September 2013 [Docket No. 275].. The order of summary judgment is a final order pursuant to Rule 54 of the Federal Rules of Civil Procedure.
    Furthermore, the plaintiff assigns error and hereby appeals from an order denying his motion to amend his complaint [Docket No. 186], said order being entered on August 23, 2013 [Docket No. 235].

                                             Respectfully submitted,

                                             Curtis Pinson, Plaintiff

                                             THE NIBLOCK LAW FIRM, PLC
                                             Attorneys for the Plaintiffs
                                             P.O. Drawer 818
                                             Fayetteville, AR 72702-0818
                                             (479) 521-5510 Phone
                                             (479) 444-7698 Fax
                                             www.niblocklawfirm.com

                                             By: _____
                                                    Raymond L. Niblock AR Bar #94106
                                                   rniblock@niblocklawfirm.com

                                             *Attorneys for the Plaintiff*

2 | P a g e

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via the CM/ECF system for the District Court and U.S. Mail upon the following:

Hon. Donald H. Bacon
Friday Eldredge & Clark
Attorney For: CITITRENDS
400 W. Capitol, Suite 2000
Little Rock, AR 72201
Phone: (501) 370-1539
Fax: (501) 244-5352

Hon. Scott D. Provencher
Anderson, Murphy & Hopkins, LLP
Attorney For: BRANDRITE SIGN COMPANY
400 West Capitol Avenue, Suite 2400
Little Rock, AR 72201
Phone: (501) 372-1887
Fax: (501) 372-7706

Hon. Bob Still
Bassett Law Firm
Attorney For: 45 DEVELOPMENT
PO Box 3618
Fayetteville, AR 72702
Phone: (479) 521-9996
Fax: (479) 521-9600

17th day of October, 2013.

Raymond L. Niblock