## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 13-3327

Curtis Pinson, Individually and as Husband

Appellant

Cristi Pinson, Individually and as wife

v.

45 Development, LLC

Appellee

Brandrite Sign Company, Inc., et al.

_____

Appeal from U.S. District Court for the Western District of Arkansas - Ft. Smith
(2:12-cv-02160-PKH)
_____

**MANDATE**

In accordance with the opinion and judgment of 07/11/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 01, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit